IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:16-CV-03526-JMS-DML |
| | ) |
| NAPIER LEGACY LLC, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant Napier Legacy LLC respectfully submits its Rule 7.1 Corporate Disclosure Statement and states:

**PLAINTIFF'S INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant Napier Legacy LLC ("Defendant") hereby makes its initial disclosures to Plaintiff Dennis Tooley ("Plaintiff"). These initial disclosures are based on information and documents presently available to Defendant and located by Defendant and its attorneys. Defendant has not completed its' investigation of the facts related to this proceeding, its discovery in this action, or its preparation for trial. By making these disclosures, Defendant does not represent that it is identifying every document, tangible thing, or witness possibly relevant to the claims in this proceeding. Nor does Defendant waive its right to object to production or evidentiary use of any document or tangible thing on the basis of any privilege, the work product doctrine, relevancy, undue burden, or other valid objection.

Defendant's disclosures represent a good faith effort to identify information it reasonably believes to be required by Federal Rules of Civil Procedure 26(a)(1). Accordingly, the disclosures made herein are without prejudice to Defendant's right to supplement its disclosures as provided by the Federal Rules of Civil Procedure.

A. **Individuals or witnesses (with address and telephone number, if known) likely to have discoverable information:**

Defendant has not yet identified all the persons whom it may call as witnesses in this action. Upon information and belief, other persons having discoverable information that Defendant may use to support its claims may be uncovered during discovery. However, pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), Defendant identifies the following persons who may have discoverable information that Defendant may use to support its claims and defenses:

1. Joe Napier for Defendant, to be contacted through counsel for Defendant. Mr. Napier owns and manages the facility at issue in this matter, and has personal knowledge of the structure, fixtures and parking lot.

2. Any employee or agent on behalf of Defendant (not yet identified), to be contacted through counsel for Defendant.

3. Any of Plaintiff's witnesses.

B. **Exhibits, documents and tangible things (description by category and location) has and may use to support its claims or defenses:**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), Defendant identifies the following description, by category, of documents and tangible things in its possession, custody, or control that it may use to support its claims or defenses, excluding any documents that may be

used solely for impeachment and documents subject to claims of privilege or immunity under Federal Rule of Civil Procedure 26(b)(5):

    1.    Purchase agreement, site plans, and documents showing improvements to the property.

    2.    All pleadings and responses to discovery.

    3.    All depositions and discovery to be completed in this case.

    4.    Any of Plaintiff's exhibits.

    5.    Exhibits reflecting or supporting expert witness testimony (such as reports or illustrations).

By providing the foregoing description of documents, Defendant does not waive its right to refrain from the production of any document in its possession, custody or control based on grounds of attorney-client privilege or work product immunity, or both.

    **C.**    **Category of damages:**

Defendant's damages include: incurring attorney fees and costs on the defense of this matter.

    **D.**    **Any insurance agreement under which an insurance company may be liable to satisfy all or part of a judgment in this action:**

Defendant has business insurance through State Farm Fire and Casualty Company, Policy Number 94-CE-U559-3.

    **E.**    **Expert Witnesses**

Pursuant to Federal Rule of Civil Procedure 26(a)(2), Defendant identifies the following information with regard to expert witnesses:

1. Gregory S. Fehribach will likely be Defendant's ADA Expert and may be contacted through Defendant's attorney. Mr. Fehribach's background and information can be seen at www.thefehribachgroup.com.

        Respectfully submitted,

        */s/ Jeanne M. Hamilton*
        Jeanne M. Hamilton (#16053-49)
        SmithAmundsen, L.L.C.
        201 North Illinois Street, Suite 1400
        Capital Center South Tower
        Indianapolis, IN 46204
        Telephone: 317-464-4120
        Email: JHamilton@saLAWus.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Eric Bohnet
ebohnet@gmail.com

Louis Mussman
Louis@kumussman.com

        */s/ Jeanne M. Hamilton*
        Jeanne M. Hamilton