UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY,<br>an individual,<br><br>              Plaintiff,<br>vs.<br><br>NAPIER LEGACY LLC,<br>an Indiana Limited Liability Company,<br><br><br>              Defendant. | )<br>)<br>) CASE NO.: 1:16-cv-03526-JMS-DML<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: May 24, 2017

Respectfully submitted,                              Respectfully submitted,


*/s/ Louis I. Mussman*                                */s/  Jeanne M. Hamilton*
Louis I. Mussman, Esq.                              Jeanne M. Hamilton (#16053-49)
Bar No. 597155                                       SmithAmundsen, L.L.C.
Ku & Mussman, P.A.                                   201 North Illinois Street, Suite 1400
18501 Pines Boulevard, Suite 209-A                   Capital Center South Tower
Pembroke Pines, FL 33029                             Indianapolis, IN 46204
Tel: (305) 891-1322                                  Telephone: 317-464-4120
Fax: (305) 891-4512                                  Email: JHamilton@saLAWus.com
Louis@KuMussman.com

and                                                  *Counsel for Defendant*
                                                     *Napier Legacy LLC*
Eric C. Bohnet, Esq.
Attorney No. 24761-84

1

Attorney at Law
6617 Southern Cross Drive
Indianapolis, Indiana   46237
Tel: (317) 750-8503
ebohnet@gmail.com

*Counsel for Plaintiff*
*Dennis Tooley*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of May, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Jeanne M. Hamilton (#16053-49)
SmithAmundsen, L.L.C.
201 North Illinois Street, Suite 1400
Capital Center South Tower
Indianapolis, IN 46204

By: */s/ Louis I. Mussman*
　　Louis I. Mussman, Esq.