UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, an individual, <br><br> Plaintiff, <br> vs. <br><br> NAPIER LEGACY LLC, an Indiana Limited Liability Company, <br><br><br> Defendant. | ) ) ) ) CASE NO.: 1:16-cv-03526-JMS-DML ) ) ) ) ) ) ) ) ) ) |

Dismissal with prejudice acknowledged. JMS, CJ, 5-25-17 Distribution via ECF.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: May 24, 2017

Respectfully submitted,                                Respectfully submitted,


*/s/ Louis I. Mussman*                                  */s/  Jeanne M. Hamilton*
Louis I. Mussman, Esq.                                 Jeanne M. Hamilton (#16053-49)
Bar No. 597155                                         SmithAmundsen, L.L.C.
Ku & Mussman, P.A.                                     201 North Illinois Street, Suite 1400
18501 Pines Boulevard, Suite 209-A                     Capital Center South Tower
Pembroke Pines, FL 33029                               Indianapolis, IN 46204
Tel: (305) 891-1322                                    Telephone: 317-464-4120
Fax: (305) 891-4512                                    Email: JHamilton@saLAWus.com
Louis@KuMussman.com

and                                                    *Counsel for Defendant*
                                                       *Napier Legacy LLC*
Eric C. Bohnet, Esq.
Attorney No. 24761-84